Henry W. MARTIN, Jr., Plaintiff—
Appellant,

v.

Stan BURT, Warden, Lieber Correctional Institution; Michael Sheedy, Associate Warden, Lieber Correctional Institution; Thierry Nettler, Captain, Lieber Correctional Institution; Deloris Gantt, Property Control Office for Lieber Correctional Institution; L. Carrington, IGC, Institution Grievances Coordinator, Defendants—Appellees.

No. 04–6334.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 27, 2004.

Decided: June 4, 2004.

Henry W. Martin, Jr., Appellant pro se.

Daniel Roy Settana, Jr., McKay, McKay & Settana, P.A., Columbia, South Carolina, for Appellees.

Before WIDENER, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Henry W. Martin, Jr., appeals the district court's order denying his motion to alter or amend the dismissal of his action filed pursuant to 42 U.S.C.A. § 1983 (West Supp.2001).* We have reviewed the record and the district court's opinion and order and find no reversible error. *See United States v. Williams,* 674 F.2d 310, 312 (4th Cir.1982). We deny Martin's

---

* To the extent Martin seeks to appeal the dis-   trict court's dismissal of the § 1983 action,

954

motion to strike and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*

such appeal is untimely. Fed. R.App. P.